[Crim. No. 2265. Second Appellate District, Division Two.—November 10, 1932.]

In the Matter of the Application of SAM CLARK for a Writ of Habeas Corpus.

David H. Clark and Harold Judson for Petitioner.

Buron Fitts, District Attorney, and Frank W. Stafford, Deputy District Attorney, for Respondent.

STEPHENS, J., *pro tem.*— The facts of this case are in all essential elements the same as in the case of *Application of Claude Williams,* (Crim. No. 2264) *ante,* p. 424 [16 Pac. (2d) 172], this day decided by this court. For the reasons stated in the case referred to the writ herein is discharged.

Works, P. J., and Thompson (Ira F.), J., concurred.